Present —
Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

■

In the Matter of the Claim of MARGARET TOBIN, Respondent, against BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 6, et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Foster, P. J., Brewster, Bergan and Coon, JJ., concur. Heffernan, J., dissents.

■

In the Matter of the Claim of BLANCHE M. COLLINS, Respondent, against ARCHER MOTOR CO., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See 280 App. Div. 902.]

■

In the Matter of the Claim of the COMMISSIONER OF TAXATION AND FINANCE, on Account of the Death of GEORGE REDEL, et al., Respondents, against JORDAN BROTHERS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—